**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-8501**

---

LEAMON L. TATUM,

　　　　　　　　　　　　　　　　　　Plaintiff - Appellant,

　　　versus

MARYLAND HOUSE OF CORRECTION; DIVISION OF
CORRECTION; RICHARD LANHAM, Commissioner,
Department of Correction; WILLIAM L. SMITH,
Warden, Maryland House of Correction; M.
MAGWOOD, Sergeant; CHARLES WHIMS, Dietary
Supervisor,

　　　　　　　　　　　　　　　　　　Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CA-
95-2362-S)

---

Submitted: March 26, 1996　　　　　　Decided: April 10, 1996

---

Before NIEMEYER, HAMILTON, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Leamon L. Tatum, Appellant Pro Se. Stephanie Judith Lane-Weber,
Assistant Attorney General, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Tatum v. Maryland House of Correction, No. CA-95-2362-S (D. Md. Nov. 30, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2